FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT S.,[1]<br><br>     Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | NO: 4:22-cv-5002-LRS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

  BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 14. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

1. Defendant's Stipulated Motion for Remand, **ECF No. 14** is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the Administrative Law Judge shall, for the time period before July 24, 2019: (1) take any action needed to complete the administrative

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

record and issue a new decision; (2) reevaluate the medical opinion evidence; (3) reevaluate Plaintiff's subjective complaints; (4) reevaluate Plaintiff's residual functional capacity; and (5) if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effects of the assessed limitations on Plaintiff's ability to perform other work available in significant numbers in the national economy.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Motion for Summary Judgment, **ECF No. 10**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** August 11, 2022.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2